# Court of Appeals
# of the State of Georgia

ATLANTA,  August 04, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0055. TONNA PATTERSON v. RODNEY WILLIAMS.**

In this action for child support, Tonna Patterson seeks to appeal the trial court's order adjudicating the child support arrearage owed by Rodney Williams. We lack jurisdiction because the order at issue is not subject to direct appeal.

"Appeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b). Because the underlying subject matter is a father's obligation to provide child support, it is a domestic relations case within the meaning of the statute. See *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012) (an action in which the "underlying subject matter is the obligation to provide child support" is "a domestic relations case subject to review only by application"). Although OCGA § 5-6-34 (a) (11) permits a direct appeal from child custody rulings issued in child custody cases, the order at issue in this appeal does not include any child custody rulings, so it does not fall within the scope of this provision. See *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017).

Patterson's failure to follow the discretionary appeal procedure deprives us of

jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   08/04/2023*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*